Juanita V. Miller, Esq. (SBN: 137470)
Law Offices of Juanita V. Miller
14930 Ventura Boulevard, Suite 200
Sherman Oaks, California 91403
Telephone: (818) 907-7467
Facsimile: (818) 304-7125
E-mail Address: Jvmesq@aol.com

Attorneys for Debtor:
DAYO BEVERLY
dba ASCEND TRUST; dba ASCEND REAL ESTATE

IN THE UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA—SAN FERNANDO VALLEY DIVISION

| In Re: | Chapter 13 |
|---|---|
| | Case No.: 1:25-bk-10820-MB |
| DAYO BEVERLY<br>Dba ASCEND TRUST; dba ASCEND REAL ESTATE,<br><br>Debtor(s). | **DEBTOR'S OPPOSITION TO MOVANT'S AMENDED NOTICE OF MOTION AND MOTION FOR RELIEF FROM THE AUTOMATIC STAY; MORANDUM OF POINTS AND AUTHORITIES AND DECLARATION OF DEBTOR**<br><br>DATE: JUNE 17, 2025<br>TIME: 10:00 A.M.<br>CTRM: *via* ZOOM |

DAYO BEVERLY dba ASCEND TRUST; dba ASCEND REAL ESTATE ("Debtor" from time to time) hereby submits the following in opposition to the Motion for Relief from the

DEBTOR'S OPPOSITION TO MOVEANT'S MOTION                                                        1

Automatic Stay et al as filed and amended by U.S. Bank et al. ("Creditor" from time to time). See [**Docket No. 31**]:

## MEMORANDUM OF POINTS AND AUTHORITIES

### I.  BACKGROUND INFORMATION.

Ms. Beverly Royal purchased her home, which is located at 5434 Nestle Avenue in Tarzana, California 91356, in or about 2018 for $869,000.00.  About 5 years later, Debtor entered into a loan modification agreement with her Lender under which payments were made pursuant to a step-plan---$5,777.00 for the first 2 years of the schedule and, $6,692.06 beginning on or about April 01, 2025. Debtor experienced some challenges and defaulted under the agreement.

Debtor is serious about saving her home.  She is a hard-working woman and has the means to stay in the present bankruptcy. Creditor's Motion should be denied.

### II.  ARGUMENT.

A. <u>The Value of Debtor's Real Property is Increasing</u>.

Debtor filed her Amended Schedules on or about May 23, 2025 and valued the subject real property at $1,079,600.00.  Said value is not static.  The property is located in a very good location and its value is increasing daily.  At the time of filing the amended schedules, the value of the home was approx. $1,079,600.00.  As of this date, the value is approx.. $1,088,500.00 (See **Exhibit A**) and by the time of the hearing herein, the value, more than likely, will be significantly higher.

Debtor contends that in a short amount of time, the subject real property will have sufficient equity and Creditor's interest will thereby be protected.

        B.   <u>The Proposed Plan Can be Made to be Feasible</u>.

Debtor is aware that her amended schedules will probably have to be amended again. Her present situation is in flux.

Debtor works as an independent film producer and has many good future prospects. The listing of her monthly income at a little over $11,000.00 on Schedule I is realistic. Further, Debtor is in negotiations with the Lender for another loan modification and, here again, the prospects are positive. The Plan can be made to be feasible.

III.   CONCLUSION.

For all the foregoing reasons, the Motion for Relief from the Automatic Stay as filed U.S. Bank et al. should be denied and the Stay that is in effect should remain in full force and effect.

Dated:  June 2, 2025

LAW OFFICES OF JUANITA V. MILLER

By: *Juanita V. Miller*
Juanita V. Miller, Esq.
Attorneys for Debtor,
DAYO BEVERLY
Dba ASCEND TRUST; dba ASCEND REAL ESTATE

## DECLARATION OF DAYO BEVERLY

I, Dayo Beverly, do hereby declare the following:

1. I am the Debtor in the above captioned matter and I have personal knowledge of the following facts, matters, and circumstances. If I am called as a witness, I can and will competently testify as follows:

2. I filed a voluntary petition for bankruptcy under Chapter 13 of the Bankruptcy Code on or about 05-12-2025 and my case is pending under case number 1:25-bk-10820-MB.

3. I am on the verge of losing my home at 5434 Nestle Avenue in Tarzana, California 91356, but I am firm in my intent to save both my home and the underlying bankruptcy. I am very excited about my work prospects as an independent film producer. Work is increasing and a monthly income in the amount of approx. $11,000 is realistic. I'm working on another loan modification with the Lender and things are looking up.

4. I am asking the Court to give me a second chance at saving my home. I'm working hard and am increasing my hours and work-output. I can make this bankruptcy work.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed on 06/02/2025 at Sherman Oaks, California.

_____
DAYO BEVERLY
Dba ASCEND TRUST; dba ASCENT REAL ESTATE

**EXHIBIT A**

Case 1:25-bk-10820-MB    Doc 33    Filed 06/02/25    Entered 06/02/25 19:23:47    Desc
Main Document    Page 5 of 8

&lt; Back to search     **Zillow**     ♡ Save    ⬆ Share    ••• More


Off market





▦ See all 41 photos

**Zestimate®**

# $1,088,500
5434 Nestle Ave, Tarzana, CA 91356

| 3 beds | 2 baths | 1,500 sqft |

Est. refi payment: $7,036/mo    $ Refinance your loan

- SingleFamily
- Built in 1954
- 6,270 sqft lot
- $1,088,500 Zestimate®
- $726/sqft
- $-- HOA

## Home value

Zestimate®
**$1,088,500**

| In re:<br>**Dayo Beverly**<br>Debtor(s). | 1:25-bk-10820-MB |
|---|---|

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**14930 Ventura Blvd., Ste. 200
Sherman Oaks, CA 91403**

A true and correct copy of the foregoing document entitled (*specify*): **DEBTOR'S OPPOSITON TO MOVANT'S AMENDED NOTICE OF MOTION AND MOTION FOR RELIEF FROM THE AUTOMATIC STAY; MEMORANDUM OF POINTS AND AUTHORITIES AND DECLARATION OF DEBTOR**   will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **6/02/2025**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

US Trustee (SV) - ustpregion16.ch.wh.ecf@usdoj.gov
Elizabeth (SV) F. Rojas (TR) - cacb_ecf_sv@ch13wla.com
Shannon A. Doyle - sdoyle@ghidottiberger.com
Crystle Jane Lindsey - clindsey@ghidottiberger.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On **6/02/2025**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Hon. Martin R. Barash
US Bankruptcy Court / Central District of CA
21041 Burbank Blvd., Ste. 342 / Crtrm 303
Woodland Hills, CA 91367

☑ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 6/02/2025 | **Dolores Bermudez** | /s/ Dolores Bermudez |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                         **9013-3.1.PROOF.SERVICE**

# Creditors

**SN Servicing**  (42469535)
323 5th St  (cr)
Eureka, CA 95501

**Tesla Finance LLC**  (42491838)
45500 Fremont Blvd.  (cr)
Fremont, CA 94538

**US Dept of ED**  (42491839)
POB 30001  (cr)
Greenville, TX 75403